UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALACHUA RETAIL 51, LLC.,

    Plaintiff,

v.                                                                          CASE NO.: 1:11cv187-SPM/GRJ

THE CITY OF ALACHUA, a Florida
municipal corporation,

    Defendant.
_____/

### ORDER EXTENDING TIME TO RESPOND

Upon consideration, Defendant's unopposed motion for extension of time to respond to the motion for preliminary injunction is granted. (Doc. 15.) Defendant shall have up to and including October 31, 2011 to file and serve its response.

SO ORDERED this 25th day of October, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge