UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALACHUA RETAIL 51, LLC.,

    Plaintiff,

v.                                    CASE NO.: 1:11cv187-SPM/GRJ

THE CITY OF ALACHUA, a Florida
municipal corporation,

    Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Defendant's unopposed motion for extension of time to respond to the motion for summary judgment is granted. Doc. 15. Defendant shall have up to and including July 3, 2012 to file and serve its response.

SO ORDERED this 20th day of June, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge