UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALACHUA RETAIL 51, LLC.,

    Plaintiff,

v.   CASE NO.: 1:11cv187-SPM/GRJ

THE CITY OF ALACHUA, a Florida
municipal corporation,

    Defendant.
_____/

### ORDER GRANTING LEAVE AND EXTENDING TIME

Upon consideration, Plaintiff's motion for leave to file supplemental authority (doc. 57) is granted. The materials will be considered in deciding Plaintiff's motion for summary judgment. Defendant's unopposed motion for extension of time to respond to the motion for summary judgment (doc. 58) is granted. Defendant shall have up to and including July 16, 2012 to file and serve its response.

SO ORDERED this 3rd day of July, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge