UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALACHUA RETAIL 51, LLC.,

    Plaintiff,

v.                                           CASE NO.: 1:11cv187-SPM/GRJ

THE CITY OF ALACHUA, a Florida
municipal corporation,

    Defendant.
_____/

## ORDER STAYING CASE

    Upon consideration, Defendant City of Alachua's Unopposed Motion to Abate Proceedings (doc. 60) is granted. All proceedings and deadlines in this case are stayed until August 20, 2012. .The parties shall provide a written report on the status of the settlement on or before August 20, 2012.

    SO ORDERED this 19th day of July, 2012.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Senior United States District Judge