UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALACHUA RETAIL 51, LLC.,

    Plaintiff,

v.	CASE NO.: 1:11cv187-SPM/GRJ

THE CITY OF ALACHUA, a Florida
municipal corporation,

    Defendant.
_____/

### ORDER STAYING CASE

Upon consideration, Defendant City of Alachua's Unopposed Motion to Abate Proceedings (doc. 62) is granted. All proceedings and deadlines in this case are stayed until February 1, 2013. If the parties are unable to file a stipulation for voluntary dismissal by February 1, 2013, on or before February 1, 2013 they shall file a written report on the status of the settlement.

SO ORDERED this 2nd day of August, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge